**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**KASHIF CAMERON**

**VERSUS**

**TULANE UNIVERSITY**

**CIVIL ACTION**

**NO: 24-2802**

**SECTION: "T" (1)**

## ORDER OF DISMISSAL

The Complaint in this matter was filed on December 4, 2024 (R. Doc. 1).  On the same date, *pro se* plaintiff filed a Motion for Leave to Proceed *In Forma Pauperis* (R. Doc. 2).  On December 18, 2024, the Magistrate Judge Janis van Meerveld issued an Order granting the motion to proceed *in forma pauperis*.  She further ordered that on or before January 29, 2025, plaintiff show cause as to why this subject case should not be dismissed for lack of subject-matter jurisdiction (R. Doc. 3).  As of this date, *pro se* plaintiff has not responded to the Order of this Court.

Accordingly,

**IT IS ORDERED** that the plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** for failure to comply with the directive of this Court and for failure to prosecute claims against defendant, Tulane University.

New Orleans, Louisiana, this 11th day of February, 2025.

_____
**GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**